# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DORIS TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:08cv1018 (JFK) |
| v. | ) | |
| | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now, Plaintiff, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41 (a)(1)(i) hereby voluntarily dismisses, without prejudice, the above captioned action against Merck & Co. Inc.

Plaintiff represents that she has not and will not receive any payment, direct or indirect, in connection with dismissal of this action.

Dated: May 12, 2008

THE MILLER FIRM, LLC

/s/ Michael J. Miller
Michael J. Miller, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day of May, 2008, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notice of such filing to the following:

**Christy D. Jones**
Butler, Snow, O'Mara, Stevens & Canada, PLLC
AmSouth Plaza
210 East Capitol Street
Suite 1700
Jackson, MS 39201
(601) 948-5711
Fax: (601) 948-4500

**Craig A. Thompson**
Venable LLP(Baltimore)
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201
(410) 244-7400
Fax: (410) 244-7742

**Herbert G. Smith**
Venable,LLP(DC)
575 7th Street, N.W.,
Washington, DC 20004
(202) 344-4000
Fax: (202) 344-8300

**Robert C. Brock**
Rushton, Stakely, Johnston & Garrett, P.A
P.O. Box 270
Montgomery, AL 36101
(344) 206-3276
Fax: (334) 481-0801

**David J. Heubeck**
Venable LLP(Baltimore)
Two Hopkins Plaza
1800 Mercantile Bank & Trust Bldg
Baltimore, MD 21201
(410)-244-7731
Fax: (410)-244-7742

**Theodore VanHuysen Mayer**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212)837-6000
Fax: (212)422-4726

**Paul F. Strain**
Venable LLP(Baltimore)
Two Hopkins Plaza
1800 Mercantile Bank & Trust Bldg
Baltimore, MD 21201
(410)-244-7717
Fax: (410)-244-7742

**Kathleen Sullivan Hardway**
Venable LLP(Baltimore)
Two Hopkins Plaza
1800 Mercantile Bank & Trust Bldg
Baltimore, MD 21201
(410) 244-7400
Fax: (410) 244-7742

/s/ Michael J. Miller_____
Michael J. Miller
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA  22960
Tel: (540) 672-4224
Fax: (540) 672-3055

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DORIS TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:08cv1018 (JFK) |
| v. | ) | |
| | ) | |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is hereby ORDERED that the above captioned action is dismissed, without prejudice.

ENTERED THIS _____ DAY OF _____, 2008.