Keenan 15

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DORIS TUCKER, )
)
Plaintiff, )
) Civil Action No. 1:08cv1018 (JFK)
v. )
)
)
MERCK & CO., INC., )
)
Defendant. )

## ORDER

It is hereby ORDERED that the above captioned action is dismissed, without prejudice.

ENTERED THIS 14 DAY OF May, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08

SO ORDERED

John F. Keenan
U.S.D.J.